PROB 12C
(7/93)

Report Date:  May 6, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Epifanio Zuniga          Case Number: 0980 2:16CR00023-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable  Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 10, 2009

| | |
|---|---|
| Original Offense: | Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 60 months;<br>TSR - 48 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: January 27, 2014 | |
| Defense Attorney: | TBD | Date Supervision Expires: January 26, 2018 | |

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**:The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: Epifanio Zuniga is considered in violation of his supervised release as he used a controlled substance, cocaine, on or about April 23, 2016.  Mr. Zuniga reported to this officer on April 27, 2016, and signed an admission of use form stating he had used cocaine while at a party. |
| 2 | **Special Condition # 5**: The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.<br><br>**Supporting Evidence**: Epifanio Zuniga is considered in violation of his supervised release as he consumed alcohol on or about April 23, 2016. Mr. Zuniga reported to this officer on April 27, 2016, and signed an admission of use form stating he had used alcohol heavily while at a party. |

**Prob12C**
**Re: Zuniga, Epifanio**
**May 6, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/06/2016
_____

s/Curtis G. Hare
_____

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[  ]   Other

_____
Signature of Judicial Officer

5/6/2026
_____
Date